IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KOHLER M. COLLIER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALLY FINANCIAL INC., )<br>)<br>Defendant. ) | CASE NO. 3:11-CV-1075-WKW |

## **ORDER**

Upon consideration of the Joint Stipulation of Dismissal (Doc. # 13), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been dismissed by operation of Rule 41, on the terms agreed to and set out by the parties. The Clerk of the Court is DIRECTED to close this case.

DONE this 7th day of May, 2012.

                                        /s/ W. Keith Watkins
                               CHIEF UNITED STATES DISTRICT JUDGE